**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**

Bryon Burton Nevius
**Debtor(s)**

Bryon Burton
**Plaintiff(s)**

**v.**

JP Morgan Chase & Co
**Defendant(s)**

**Case No.:** 24–42878 – A659
**Chapter:** 7

**Adversary Case No.:** 24–04039 – A659

### ORDER CLOSING ADVERSARY PROCEEDING PURSUANT TO L.R. 7041

   Pursuant to Local Rule of Bankruptcy Procedure 7041, twenty–one days after the dismissal of a bankruptcy case, the Court will close any pending related adversary proceeding in which a final judgment has not been entered and no appeal remains pending, unless a party files a motion seeking continuation of the adversary proceeding within that twenty–one day time period. The underlying bankruptcy case associated with the instant adversary proceeding has been dismissed and no motion requesting the continuation of the instant adversary proceeding has been filed within the twenty–one days after its dismissal. Therefore,

   **IT IS HEREBY ORDERED** that the above referenced adversary proceeding is **CLOSED**.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

**Dated:** 1/2/25
**St. Louis, Missouri**
**Rev.** 09/24 ordmadv